1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U. S. SECURITIES AND EXCHANGE COMMISSION, | ) Case No. 03CV1178-JM-LSP ) |
| Plaintiff, | ) ) ORDER CONTINUING STATUS ) HEARING |
| v. | ) ) Judge: Hon. Jeffrey T. Miller |
| STEVEN S. SPITZER, | ) Courtroom 16 ) |
| Defendant. | ) ) ) ) ) |

Based on the joint motion of Plaintiff Securities and Exchange Commission and Defendant Steven S. Spitzer, by and through their respective counsel,

IT IS HEREBY ORDERED that the status hearing be continued from January 8, 2010 to ***February 12, 2010, at 1:30 pm.***

Dated: December 17, 2009        By: _____
                                    Jeffrey T. Miller
                                    United States District Court

- 1 -

03CV1178-JM-LSP