UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U. S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN S. SPITZER,<br><br>    Defendant. | Case No. 03CV1178-JM-LSP<br><br>ORDER GRANTING APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR LEAVE TO PARTICIPATE BY TELEPHONE<br><br>Judge: Hon. Jeffrey T. Miller<br>Courtroom 16 |

Based on the application of Plaintiff Securities and Exchange Commission by through its counsel,

IT IS HEREBY ORDERED that the SEC will be permitted to participate in the status hearing scheduled for February 12, 2010 by telephone.

Dated:  February 11, 2010          By: _____
                                        Jeffrey T. Miller
                                        United States District Court

- 1 -

03CV1178-JM-LSP